FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JORGE IVAN MENDOZA-MONZON, <br><br> Defendant. | No. 4:19-CR-06050-SAB-1 <br><br> **ORDER GRANTING DISMISSAL** <br><br> **\*\*U.S. MARSHALS SERVICE ACTION REQUIRED\*\*** |

Before the Court is the Government's Motion to Dismiss Indictment, ECF No. 6. The motion was considered without oral argument. The Government is represented by Thomas J. Hanlon. Defendant is not yet represented by counsel.

The Government moves the Court for an order dismissing the Indictment without prejudice. The Court finds good cause to grant the motion.

//
//
//
//
//

**ORDER GRANTING DISMISSAL** # 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion to Dismiss Indictment, ECF No. 6, is **GRANTED**.

2. The Indictment at ECF No. 1 is **DISMISSED without prejudice**.

3. The outstanding Arrest Warrant, ECF No. 4, is **QUASHED**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide copies to counsel and the United States Marshals Service, and close the file.

**DATED** this 11th day of August 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL # 2**